SEALED

# UNITED STATES DISTRICT COURT
**District of Kansas**
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ADRIAN GUTIERREZ,**

**Defendant.**

**CASE NO. 24-CR-20082-DDC-ADM**
**FILED UNDER SEAL**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**SEXUAL EXPLOITATION OF A MINOR**
**[18 U.S.C. § 2251(a)]**

On or between July 25, 2023, and August 12, 2023, in the District of Kansas and elsewhere, the defendant,

**ADRIAN GUTIERREZ,**

attempted to and did employ, use, persuade, induce, entice, and coerce a minor, MINOR 1, to engage in sexually explicit conduct for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that the visual depiction

would be transported or transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and that visual depiction was transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and that visual depiction had actually been transported and transmitted using any means and facility of interstate commerce and affecting interstate and foreign commerce, to wit: MINOR 1 engaged in sexually explicit conduct, sent using the internet and an iPhone SE.

In violation of Title 18, United States Code, Section 2251(a) and (e).

**FORFEITURE NOTICE**

1. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, U.S.C. § 2253(a).

2. Upon conviction of one or more of the offenses set forth in Count 1, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253(a), any and all property used or intended to be used in any manner or part to commit or to promote the commission of such offenses or any property traceable to such property.

3. If any of the property described above, as a result of any act or omission of the defendants:

A. cannot be located upon the exercise of due diligence;

B. has been transferred or sold to, or deposited with, a third party;

C. has been placed beyond the jurisdiction of the court;

D. has been substantially diminished in value; or

E. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

October 16, 2024
DATE

s/Foreperson
FOREPERSON OF THE GRAND JURY

KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ Audrey McCormick
Audrey McCormick
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: Audrey.McCormick@usdoj.gov
Ks. S. Ct. No. 24847

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## PENALTIES

### Count 1: 18 U.S.C. § 2251 (a) and (e)

- Punishable by a term of imprisonment of not less than fifteen (15) years and no more than thirty (30) years. If such person has a prior conviction under section 1591, chapter 71, chapter 109A, chapter 110, or chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any state relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment or transportation of child pornography, or sex trafficking of children, the term of imprisonment shall be for not less than twenty five (25) years and nor more than fifty (50) years. 18 U.S.C. § 2251(e).

- A term of supervised release of at least five (5) years and no more than life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. §3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- A $5000 JVTA assessment. 18 U.S.C. § 3014.

- A child pornography assessment of $50,000. 18 U.S.C. § 2259A(a)(2).

- Forfeiture.